BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Special Assistant United States Attorney

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-7200
> Facsimile: (415) 436-7027
> philip.kopczynski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. 15-CR-416 WHA |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; [PROPOSED] ORDER |
| v. | ) | |
| ENZO CESTONI, | ) | |
| Defendant. | ) | |

## STIPULATION

The United States of America, by and through Special Assistant United States Attorney Philip Kopczynski, and Defendant Enzo Cestoni, by and through Assistant Federal Public Defender Brandon LeBlanc, hereby stipulate that, with the Court's approval, the time between September 8, 2015 and October 13, 2015 is excludable under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation by defense counsel.  New counsel will soon appear for the defendant in this matter, and he or she will need the excluded time to learn the case and review the discovery produced by the

///

///

///

government.

    IT IS SO STIPULATED.

Dated: September 17, 2015            ___/s/_____
                                                  PHILIP KOPCZYNSKI
                                                  Special Assistant United States Attorney

Dated: September 17, 2015            ___/s/_____
                                                  BRANDON M. LEBLANC
                                                  Assistant Federal Public Defender

STIP. TO EXCLUDE TIME; ~~PROPOSED~~ ORDER
NO. 15-CR-416 WHA

1 **[PROPOSED] ORDER**

2  GOOD CAUSE APPEARING, upon stipulation of the parties,

3  THE COURT FINDS that failing to exclude the time between September 8, 2015 and October
4 13, 2015 would unreasonably deny defense counsel the reasonable time necessary for effective
5 preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

6  THE COURT FURTHER FINDS that the ends of justice served by excluding the time between
7 September 8, 2015 and October 13, 2015 from computation under the Speedy Trial Act outweigh the
8 interests of the public and the defendant in a speedy trial.

9  THEREFORE, IT IS HEREBY ORDERED that the time between September 8, 2015 and
10 October 13, 2015 shall be excluded from computation under the Speedy Trial Act.

11  IT IS SO ORDERED.

12 Dated: September  18 , 2015     _____
HON. WILLIAM ALSUP
13                              United States District Judge

STIP. TO EXCLUDE TIME; PROPOSED ORDER
NO. 15-CR-416 WHA