1   BRIAN J. STRETCH (CABN 163973)
    Acting United States Attorney
2
    DAVID R. CALLAWAY (CABN 121782)
3   Chief, Criminal Division

4   PHILIP KOPCZYNSKI (NYBN 4627741)
    Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7027
        philip.kopczynski@usdoj.gov
8
    Attorneys for United States of America
9

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,          )    No. 15-CR-416 WHA
                                        )
14          Plaintiff,                  )    STIPULATION TO EXCLUDE TIME
                                        )    UNDER THE SPEEDY TRIAL ACT;
15     v.                               )    [PROPOSED] ORDER
                                        )
16   ENZO CESTONI,                      )
                                        )
17          Defendant.                  )
                                        )
18   _____

19                            **STIPULATION**

20          The United States of America, by and through Special Assistant United States Attorney Philip

21   Kopczynski, and Defendant Enzo Cestoni, by and through Assistant Federal Public Defender Ellen

22   Leonida, hereby stipulate that, with the Court's approval, the time between October 13, 2015 and

23   October 20, 2015 is excludable under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for

24   ///

25   ///

26   ///

27   ///

28   ///

STIP. TO EXCLUDE TIME; PROPOSED ORDER
NO. 15-CR-416 WHA

1  effective preparation by counsel.

2       IT IS SO STIPULATED.

3  Dated: October 14, 2015                    ___/s/_____
                                              PHILIP KOPCZYNSKI
4                                             Special Assistant United States Attorney

5

6  Dated: October 14, 2015                    ___/s/_____
                                              ELLEN LEONIDA
7                                             Assistant Federal Public Defender

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO EXCLUDE TIME; ~~PROPOSED~~ ORDER
NO. 15-CR-416 WHA

1

## [PROPOSED] ORDER

2      GOOD CAUSE APPEARING, upon stipulation of the parties,

3      THE COURT FINDS that failing to exclude the time between October 13, 2015 and October 20,

4   2015 would unreasonably deny defense counsel the reasonable time necessary for effective preparation,

5   taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

6      THE COURT FURTHER FINDS that the ends of justice served by excluding the time between

7   October 13, 2015 and October 20, 2015 from computation under the Speedy Trial Act outweigh the

8   interests of the public and the defendant in a speedy trial.

9      THEREFORE, IT IS HEREBY ORDERED that the time between October 13, 2015 and October

10  20, 2015 shall be excluded from computation under the Speedy Trial Act.

11      IT IS SO ORDERED.

12  Dated: October  19 , 2015                     _____

                                              HON. WILLIAM ALSUP
13                                            United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO EXCLUDE TIME; ~~PROPOSED~~ ORDER
NO. 15-CR-416 WHA