BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7027
    philip.kopczynski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 15-CR-416 WHA |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| ENZO CESTONI and CLAUDIO MACIEL, | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING, upon the request of the defendants at the status hearing held on October 20, 2015,

THE COURT FINDS that failing to exclude the time between October 20, 2015 and November 10, 2015 would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between October 20, 2015 and November 10, 2015 from computation under the Speedy Trial Act outweigh the interests of the public and the defendants in a speedy trial.

~~PROPOSED~~ ORDER
NO. 15-CR-416 WHA

1  THEREFORE, IT IS HEREBY ORDERED that the time between October 20, 2015 and
2  November 10, 2015 shall be excluded from computation under the Speedy Trial Act.

5  IT IS SO ORDERED.
6  Dated:  October 29, 2015.

HON. WILLIAM ALSUP
United States District Judge

PROPOSED ORDER
NO. 15-CR-416 WHA