1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  PHILIP KOPCZYNSKI (NYBN 4627741)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7027
        philip.kopczynski@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,              )   No. 15-CR-416 WHA
                                          )
14      Plaintiff,                        )   STIPULATION TO EXCLUDE TIME
                                          )   UNDER THE SPEEDY TRIAL ACT;
15      v.                                )   [PROPOSED] ORDER
                                          )
16 ENZO CESTONI and                       )
   CLAUDIO MACIEL,                        )
17                                        )
        Defendants.                       )
18

19                              **STIPULATION**

20      The United States of America, by and through Special Assistant United States Attorney Philip

21 Kopczynski, Defendant Claudio Maciel, by and through his attorney John Forsyth, and Defendant Enzo

22 Cestoni, by and through Assistant Federal Public Defender Ellen Leonida, hereby stipulate that, with the

23 Court's approval, the time between November 10, 2015 and January 12, 2016 is excludable under the

24 Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation by counsel, as stated

25 ///

26 ///

27 ///

28 ///

STIP. TO EXCLUDE TIME; PROPOSED ORDER
NO. 15-CR-416 WHA

1 | on the record on November 10, 2015.

2 |       IT IS SO STIPULATED.

3 | Dated: November 12, 2015       ___/s/_____
4 |                                           PHILIP KOPCZYNSKI
                                          Special Assistant United States Attorney

5 |

6 | Dated: November 12, 2015       ___/s/_____
7 |                                           ELLEN LEONIDA
                                          Assistant Federal Public Defender
                                          Attorney for Enzo Cestoni

8 |

9 | Dated: November 12, 2015       ___/s/_____
10 |                                          JOHN D. FORSYTH
                                         Attorney for Claudio Maciel

STIP. TO EXCLUDE TIME; ~~PROPOSED~~ ORDER
NO. 15-CR-416 WHA

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties,

THE COURT FINDS that failing to exclude the time between November 10, 2015 and January 12, 2016 would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between November 10, 2015 and January 12, 2016 from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between November 10, 2015 and January 12, 2016 shall be excluded from computation under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: November 17, 2015

_____
HON. WILLIAM ALSUP
United States District Judge

STIP. TO EXCLUDE TIME; PROPOSED ORDER
NO. 15-CR-416 WHA