**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0416 WHA |
| Plaintiff, | |
| v. | **ORDER RE MOTION TO SEVER** |
| ENZO CESTONI AND CLAUDIO MACIEL, | |
| Defendants. | |

Defendant Enzo Cestoni has filed a motion to sever his trial from that of his co-defendant, Claudio Maciel. The government responded that it does not oppose severance. Cestoni's motion to sever is thus **GRANTED**. The hearing set for **TWO P.M ON JANUARY 12, 2016**, shall remain on calendar as a status conference and the parties shall be prepared to set trial dates.

**IT IS SO ORDERED.**

Dated: January 4, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE