BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7027
    philip.kopczynski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 15-CR-416 WHA |
| | ) | |
| Plaintiff, | ) | STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; [PROPOSED] ORDER |
| v. | ) | |
| ENZO CESTONI and CLAUDIO MACIEL, | ) | |
| Defendants. | ) | |

## STIPULATION

Plaintiff the United States of America, by and through Special Assistant United States Attorney Philip Kopczynski, Defendant Claudio Maciel, by and through his attorney John Forsyth, and Defendant Enzo Cestoni, by and through Assistant Federal Public Defender Ellen Leonida, hereby stipulate that, with the Court's approval, the time between January 12, 2016 and April 4, 2016 is excludable under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation by counsel, as stated

///

///

///

///

STIP. TO EXCLUDE TIME; PROPOSED ORDER
NO. 15-CR-416 WHA

1  on the record on January 12, 2016.

2       IT IS SO STIPULATED.

3  Dated: January 13, 2016                    ___/s/_____
                                              PHILIP KOPCZYNSKI
4                                             Special Assistant United States Attorney

5

6  Dated: January 13, 2016                    ___/s/_____
                                              ELLEN LEONIDA
7                                             Assistant Federal Public Defender
                                              Attorney for Enzo Cestoni
8

9  Dated: January 13, 2016                    ___/s/_____
                                              JOHN D. FORSYTH
10                                            Attorney for Claudio Maciel

STIP. TO EXCLUDE TIME; ~~PROPOSED~~ ORDER
NO. 15-CR-416 WHA

1 **[PROPOSED] ORDER**

2  GOOD CAUSE APPEARING, upon stipulation of the parties,

3  THE COURT FINDS that failing to exclude the time between January 12, 2016 and April 4, 2016 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

6  THE COURT FURTHER FINDS that the ends of justice served by excluding the time between January 12, 2016 and April 4, 2016 from computation under the Speedy Trial Act outweigh the interests of the public and the defendants in a speedy trial.

9  THEREFORE, IT IS HEREBY ORDERED that the time between January 12, 2016 and April 4, 2016 shall be excluded from computation under the Speedy Trial Act.

11  IT IS SO ORDERED.

12  Dated: January 19, 2016

_____
HON. WILLIAM ALSUP
United States District Judge

STIP. TO EXCLUDE TIME; PROPOSED ORDER
NO. 15-CR-416 WHA