IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ENZO CESTONI,<br><br>Defendant.<br>_____ / | No. CR 15-0416 WHA<br><br>**ORDER RE TOPICS FOR TOMORROW'S PRETRIAL CONFERENCE** |

In preparation for tomorrow's pretrial conference, both sides should be prepared to discuss, in detail, the underlying facts surrounding defendant Enzo Cestoni's prior convictions for illegal reentry and for receipt of stolen property. These details will help determine whether the receipt of stolen property conviction can be used to impeach defendant on cross examination, if he testifies, and will help determine whether the prior conviction for illegal reentry can be used to prove alienage. Furthermore, the parties should be prepared to discuss defendant's previous asylum application, its relevance, and should bring a copy of the full asylum application to the hearing.

**IT IS SO ORDERED.**

Dated: March 29, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE