IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0416 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR EXHIBIT TO BE BROUGHT TO CHAMBERS** |
| ENZO CESTONI, | |
| Defendant. | |

The Court requests that as soon as possible (hopefully sometime today) the parties bring to the Court's chambers a copy of Exhibit HH (redacted version is fine). This is the photograph from defendant's Instagram account, posted on May 25, 2014, that contains the date of October 24, 2012 shown in the picture — the "photo of a photo" as the government described it. The copy brought to chambers should also include any caption or comments included with the Instagram post.

Dated: April 8, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE