**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                          No. CR 15-0416 WHA

     Plaintiff,

  v.                                                          **FURTHER REQUEST FOR BRIEFING**

ENZO CESTONI,

     Defendant.
                                                        /

In their memoranda on Rule 29, counsel will please address what evidence in the trial record shows beyond a reasonable doubt that any gun possessed by the accused was the Smith & Wesson, rather than the Luger also shown in the two-gun Instagram photo. Would it be enough for the government to just prove he had one or the other or must the government prove that he had the gun charged. Does the trial record show whether the girlfriend of the accused (and her purse) was searched?

**IT IS SO ORDERED.**

Dated: April 13, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE