IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0416 WHA |
| Plaintiff, | |
| v. | **ORDER RE STATEMENTS IN CO-DEFENDANT'S PRESENTENCE REPORT** |
| ENZO CESTONI, | |
| Defendant. / | |

The Court is in receipt of the government's request for an in camera review of Claudio Maciel's draft presentence report. Specifically, the government has identified potential *Brady* material in the draft presentence report — namely statements made by Selena Lennox — and requests an in camera review to determine whether the material should be disclosed to the defense.

After reviewing Maciel's draft presentence report, this order finds that Lennox's statements are *Brady* material. Accordingly, the government and the probation department are hereby **ORDERED** to immediately turn over to the defense all statements — recordings, notes, or any other form they may be in — made by Selena Lennox that are in the government's or probation's possession. The defense may address this potential *Brady* issue in their Rule 33 motion, which is due on April 19.

The government's motion to seal its letter to the Court dated April 13, 2016, and the draft presentence report for Claudio Maciel is **GRANTED**. The government, however, must

provide a copy of the April 13 letter to the defense (but the government does not have to disclose to the defense the entirety of Maciel's draft presentence report — only the statements made by Lennox).

**IT IS SO ORDERED.**

Dated: April 14, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE