1

2

3

4

5                  IN THE UNITED STATES DISTRICT COURT

6

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    UNITED STATES OF AMERICA,                    No. CR 15-0416 WHA

10               Plaintiff,

11        v.                                  **ORDER RE RESPONSES TO RULE
                                              29 AND RULE 33 BRIEFING**
12   ENZO CESTONI,

13               Defendant.

14   _____/

15        Both sides have submitted briefing regarding defendant's Rule 29 motion on Count One

16   of the superseding indictment (the July 4 Instagram photo) and defendant has also filed a Rule

17   33 motion on Count Two (the July 7 incident at Blondie's).  By **NOON ON APRIL 26, 2016**, both

18   the government and the defense may respond to the other side's briefing.  The government's

19   response shall state (in a sworn declaration) the date and exact time at which counsel, an agent,

20   or a paralegal first learned of the *Brady* material contained in Claudio Maciel's draft

21   presentence report.  The defense's response shall state (in a sworn declaration) the full extent to

22   which the defense already knew of the information contained in the recent *Brady* disclosure and

23   exactly when and how the defense learned of that information.  A hearing on the Rule 29 and

24   Rule 33 motions is hereby set for **TWO P.M. ON MAY 3, 2016.**

25

26        **IT IS SO ORDERED.**

27

28   Dated:  April 20, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE