IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ENZO CESTONI,<br><br>    Defendant.<br>_____ / | No. CR 15-0416 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE BRIEFING AND HEARING DATES** |

The law clerk on this matter is leaving on May 13 and the judge needs him to wind up this matter, so the request for a continuance is **DENIED**. Counsel can try again with an alternative schedule that fits the needs of the Court.

**IT IS SO ORDERED.**

Dated: April 22, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE