BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

LAURIE KLOSTER GRAY (MNBN 0153618)
ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6557/7019
    FAX: (415) 436-7234
    Laurie.Kloster.Gray@usdoj.gov
    Andrew.Dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.15-416 WHA |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE FILING DATE FOR BRIEFS FROM APRIL 26, 2016 TO MAY 3, 2016 AND CONTINUING THE HEARING DATE FROM MAY 3, 2016 TO MAY 10, 2016 |
| v. | |
| ENZO CESTONI, | |
| Defendant. | |

**STIPULATION**

The United States, by and through its attorneys, Assistant United States Attorneys Laurie Kloster Gray and Andrew F. Dawson, and defendant, by and through his attorneys, Assistant Federal Public Defenders Galia Amram and Ellen V. Leonida, respectfully submit this Stipulation and Proposed Order to continue the motions filing date in this case from noon on April 26, 2016 until noon on May 3, 2016, and to continue the hearing date on those motions from 2:00 p.m. on May 3, 2016 to 2:00 p.m. on May 10, 2016. The parties hereby stipulate and agree:

STIP. AND [~~PROPOSED~~] ORDER

1

1. The parties agree to continue the May 3, 2016 motions' date because Ms. Amram was unavailable on that date due to a teaching commitment in Chicago. The parties have agreed to continue the hearing date to May 10, 2016, and have been informed that this date will also suit the Court's schedule.

2. The parties further agree to continue the briefing deadline from noon on April 26, 2016, to noon on May 3, 2016, because Ms. Gray will be out of the office on previously scheduled travel from April 22 through April 25 and Mr. Dawson is currently preparing for trial in *United States v. McGaha,* CR 15-0126-WHA, which begins on Thursday, April 28, 2016.

IT IS SO STIPULATED.

DATED: April 22, 2016

           /s/
LAURIE KLOSTER GRAY
Assistant United States Attorney

DATED: April 22, 2016

           /s/
ANDREW F. DAWSON
Assistant United States Attorney

DATED:  April 22, 2016

           /s/
GALIA AMRAM
Counsel for Defendant Cestoni

DATED:  April 22, 2016

           /s/
ELLEN V. LEONIDA
Counsel for Defendant Cestoni

//
//
//
//
//
//
//
//

STIP. AND [~~PROPOSED~~] ORDER

2

1

**[PROPOSED] ORDER**

2      For the reasons stated by the parties, the Court FINDS good cause to continue both the briefing

3 deadline and the hearing date in the above-captioned matter.  The Court ORDERS that the parties file

4 their briefs by 12pm on May 3, 2016, and hearing on those motions is set for 2:00 p.m. on May 10,

5 2016.

6      IT IS SO ORDERED.

7 Dated:  April  25 , 2016

8                                                                                         _____
                                                                                             WILLIAM ALSUP
                                                                                             United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER

3