STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
GALIA AMRAM
Assistant Federal Public Defenders
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Email: ellen_leonida@fd.org

Counsel for Defendant
ENZO CESTONI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>ENZO CESTONI<br><br>DEFENDANT. | CR 15-416 WHA<br><br>MOTION AND [PROPOSED ORDER] TO FILE UNDER SEAL<br><br>HONORABLE WILLIAM ALSUP |

The defense submitted documentation produced by the U.S. Probation Office containing the statements of Mr. Cestoni's co-defendant. Therefore, the Defendant requests that Exhibit B to the Declaration of Ellen Leonida in Support of Defendant's Motion for Acquittal and New Trial be filed under seal.

Date: April 19, 2016

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

_____/s/_____
ELLEN LEONIDA
Assistant Federal Public Defender

\\

\\

\\

Motion and [Proposed] Order to File Under Seal
CR No. 15-416 WHA

1

**[PROPOSED ORDER]**

GOOD CAUSE APPEARING, Defendant shall file Exhibit B to Attorney Ellen Leonida's Declaration in Support of Defendant's Motion for Acquittal and New Trial under seal.

IT IS SO ORDERED.

Dated: May 11, 2016.

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE