IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ENZO CESTONI,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. CR 15-00416 WHA<br><br>**NOTICE REGARDING TESTIMONY OF SELENA LENNOX** |

At the status conference hearing on June 7, 2016, counsel shall be prepared to address what steps need to be taken before trial to obtain the testimony of Selena Lennox. The Court is prepared to rule on a waiver of her Fifth Amendment rights against self incrimination and to undertake contempt proceedings as needed to obtain her testimony. Counsel shall invite Ms. Lennox's attorney to attend the hearing on June 7.

**IT IS SO ORDERED.**

Dated: May 24, 2016.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE