STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant
ENZO CESTONI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF, <br> v. <br><br> ENZO CESTONI, <br><br> DEFENDANT. | CR 15-416 WHA <br><br> STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the hearing date of June 7, 2016 at 2:00 p.m., before the Honorable William Alsup, be vacated and the matter re-set for June 21, 2016.

The requested continuance is necessary because Ms. Leonida will be out of state at conferences from May 31, 2016 to June 12, 2016 and Ms. Amram is unavailable on June 14, 2016. The parties agree and stipulate that the time until June 21, 2016 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) to afford Mr. Cestoni continuity of counsel.

CR 15-416 WHA
Stip. to Continue Hrg.; [Proposed] Order

1

1  DATED: May 27, 2016                              /S/
                                                    ELLEN V. LEONIDA
2                                                   Assistant Federal Public Defender
                                                    Counsel for Defendant ENZO CESTONI
3

4  DATED: May 27, 2016                              /S/
                                                    GALIA AMRAM
5                                                   Assistant Federal Public Defender
                                                    Counsel for Defendant ENZO CESTONI
6

7  DATED: May 27, 2016                              /S/
                                                    ANDREW DAWSON
8                                                   Assistant United States Attorney

9
   DATED: May 27, 2016                              /S/
10                                                  LAURIE KLOSTER GRAY
                                                    Assistant United States Attorney
11

CR 15-416 WHA
Stip. to Continue Hrg.; [Proposed] Order

2

**ORDER**

The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to afford the defendant continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to June 21, 2016 at 2:00 p.m., before the Honorable William Alsup. Time is excluded until June 21, 2016 pursuant 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:  May 31, 2016.

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE