BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    Andrew.Dawson@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR 15-416 WHA |
| Plaintiff, | STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER |
| v. | |
| ENZO CESTONI | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, as stated on the record at a status conference on June 21, 2016, that the time between June 21, 2016 and August 23, 2016, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B). Excluding time until August 23, 2016, will allow for the effective preparation of counsel, and is appropriate in light of the pending Notice of Appeal. *See* 18 U.S.C. § 3161(h)(7)(B)(iv); 3161(h)(1)(C).

IT IS SO STIPULATED.

DATED: July 27, 2016

                                        /s/
                                 ANDREW F. DAWSON
                                 Assistant United States Attorney

DATED: July 27, 2016

                                        /s/
                                 LAURIE KLOSTER GRAY
                                 Assistant United States Attorney

1  DATED: July 27, 2016              /s/
2                                     ELLEN LEONIDA
                                      Assistant Federal Public Defender
3                                     Counsel for Defendant ENZO CESTONI

4  DATED: June 27, 2016              /s/
                                      GALIA AMRAM
5                                     Assistant Federal Public Defender
                                      Counsel for Defendant ENZO CESTONI

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 15-416 WHA

1  [PROPOSED] ORDER

2  As explained on the record at a status conference on June 21, 2016, the Court finds that the
3  exclusion of the period from June 21, 2016 to August 23, 2016 from the time limits applicable under 18
4  U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of
5  the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant
6  the requested exclusion of time would deny counsel for the defendant and for the government the
7  reasonable time necessary for effective preparation and of counsel, taking into account the exercise of
8  due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The
9  Court further notes that exclusion of time is appropriate in light of the pending Notice of Appeal. *See* 18
10  U.S.C. § 3161(h)(1)(C).

11  IT IS SO ORDERED.

12

13  DATED:  July 27, 2016.                                    _____
14                                                            HON. WILLIAM ALSUP
                                                              UNITED STATES DISTRICT JUDGE

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 15-416 WHA