1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

4 | ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney
5 | PHILIP KOPCZYNSKI (NYBN 4627741)
Special Assistant United States Attorney
6 |     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
7 |     Telephone: (415) 436-7019
    FAX: (415) 436-7234
8 |     Andrew.Dawson@usdoj.gov

9 | Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO: CR 15-416 WHA |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER |
| v. | ) | |
| ENZO CESTONI | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, as stated on the record at a status conference on September 13, 2016, that the time between September 13, 2016 and November 7, 2016, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B). Excluding time until November 7, 2016, will allow for the effective preparation of counsel.

IT IS SO STIPULATED.

DATED: September 15, 2016                 /s/
                                              ANDREW F. DAWSON
                                              Assistant United States Attorney

DATED: September 15, 2016                 /s/
                                              PHILIP KOPCZYNSKI
                                              Special Assistant United States Attorney

DATED: September 15, 2016

/s/
ELLEN LEONIDA
Assistant Federal Public Defender
Counsel for Defendant ENZO CESTONI

DATED: September 15, 2016

/s/
GALIA AMRAM
Assistant Federal Public Defender
Counsel for Defendant ENZO CESTONI

1  [PROPOSED] ORDER

2  GOOD CAUSE APPEARING, upon stipulation of the parties,

3  THE COURT FINDS that failing to exclude the time between September 13, 2016 and

4  November 7, 2016 would unreasonably deny counsel the reasonable time necessary for effective

5  preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

6  THE COURT FURTHER FINDS that the ends of justice served by excluding the time between

7  September 13, 2016 and November 7, 2016 from computation under the Speedy Trial Act outweigh the

8  interests of the public and the defendant in a speedy trial.

9  THEREFORE, IT IS HEREBY ORDERED that the time between January 12, 2016 and April 4,

10  2016 shall be excluded from computation under the Speedy Trial Act.

11  IT IS SO ORDERED.

13  DATED:   September 19, 2016.

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 15-416 WHA