**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

ENZO CESTONI,

        Defendant.

                          /

No. CR 15-0416 WHA

**ORDER REQUESTING
RESPONSE RE SPEEDY TRIAL**

By **OCTOBER 14 AT NOON**, both sides shall please state how much time remains on the speedy-trial clock once the order on defendant's pending motions issues.

**IT IS SO ORDERED.**

Dated:  October 13, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE