United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>              Plaintiff,<br><br>     v.<br><br>ENZO CESTONI,<br><br>              Defendant. | Case No.  15-cr-00416 WHA-1<br><br>**ORDER REMANDING DEFENDANT ENZO CESTONI TO THE CUSTODY OF THE U.S. MARSHAL SERVICE** |

IT IS HEREBY ORDERED that following a Bail Review hearing on this day, October 19, 2016, that Defendant Enzo Cestoni,  is hereby detained and remanded to the custody of the U.S. Marshal Service  commencing forthwith.

Dated: October 19, 2016

_____
SALLIE KIM
United States Magistrate Judge