AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

ENZO CESTONI

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   3:15-cr-00416-WHA-01

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_signature_
Signature of Judge

WILLIAM ALSUP, U.S. DISTRICT JUDGE
Name and Title of Judge

11/16/2016
Date